GEORGE OLIVER *v.* COMMISSIONER OF
CORRECTION
(AC 22995)

Foti, Flynn and West, Js.

Submitted on briefs February 26—officially released March 18, 2003

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.

RICHARD POUNCEY, SR. *v.* COMMISSIONER OF
CORRECTION
(AC 22732)

Dranginis, Bishop and Dupont, Js.

Submitted on briefs February 26—officially released March 18, 2003

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.